

United States District Court
Eastern District of California

| Richard Tuso | | |
|---|---|---|
| Plaintiff(s) | Case Number: | 2:23-cv-01163-KJN |

V.

Rocket Mortgage, LLC

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, William Kyle Tayman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Rocket Mortgage, LLC

On April 11, 2011 (date), I was admitted to practice and presently in good standing in the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: July 6, 2023

Signature of Applicant: /s/ /s/ William Kyle Tayman
William Kyle Tayman

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | William Kyle Tayman |
| Law Firm Name: | Goodwin Procter LLP |
| Address: | 1900 N Street, N.W. |
| City: | Washington    State: DC    Zip: 20036 |
| Phone Number w/Area Code: | (202) 346 4000 |
| City and State of Residence: | Potomac, MD |
| Primary E-mail Address: | KTayman@goodwinlaw.com |
| Secondary E-mail Address: | KTayman@goodwinlaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jennifer Briggs Fisher |
| Law Firm Name: | Goodwin Procter LLP |
| Address: | Three Embarcadero Center |
| | 28th Floor |
| City: | San Francisco    State: CA    Zip: 94111 |
| Phone Number w/Area Code: | 415-733-6000    Bar # 241321 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 07/12/23

*Kendall J. Newman*
JUDGE, U.S. DISTRICT COURT